ACCEPTED
15-24-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 2:31 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00061-CV**

# In the Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 2:31:49 PM
CHRISTOPHER A. PRINE
Clerk

**STATE OF TEXAS,**

*Appellant*

v.

**HARRIS COUNTY, TEXAS, et al.,**

*Appellees*

On Appeal from the 165th District Court of Harris County, Texas
Cause No. 2024-22320, Hon. Ursula Hall, Presiding Judge

**APPELLEES' NOTICE OF SUBSTITUTION OF LEAD COUNSEL
AND UNOPPOSED MOTION TO WITHDRAW**

Pursuant to Texas Rule of Appellate Procedure 6.5, Appellees give notice that Grant B. Martinez is designated as lead counsel on appeal, substituting in for Jonathan G.C. Fombonne. Mr. Fombonne will have no further involvement in the case. Please direct all further communications regarding this case to:

Grant B. Martinez
State Bar No. 24104118
gmartinez@yettercoleman.com
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: (713) 632-8000
Fax: (713) 632-8002

Dated:  March 18, 2025                Respectfully submitted,


**CHRISTIAN D. MENEFEE**
Harris County Attorney

 */s/ Jonathan G.C. Fombonne*
**JONATHAN G.C. FOMBONNE**
Deputy County Attorney and First Assistant
State Bar No. 24102702
Jonathan.Fombonne@harriscountytx.gov

**Office of The Harris County Attorney**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5101
Fax: (713) 755-8924

*Counsel for Appellees*


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to all counsel of record on March 18, 2025 via the Court's electronic filing system.

*/s/ Jonathan G.C. Fombonne*
Jonathan G.C. Fombonne


## CERTIFICATE OF CONFERENCE

I certify that on March 13, 2025, I conferred via email with Ben Mendelson and Biff Farrell, counsel for appellant, who confirmed that appellant does not oppose this motion.

*/s/  Jonathan G.C. Fombonne*
Jonathan G.C. Fombonne

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrea Mintzer on behalf of Jonathan Fombonne
Bar No. 24102702
andrea.mintzer@harriscountytx.gov
Envelope ID: 98592049
Filing Code Description: Motion
Filing Description: Appellees' Notice of Substitution of Lead Counsel and Unopposed Motion to Withdraw
Status as of 3/18/2025 3:58 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Delonda Dean | | ddean@yettercoleman.com | 3/18/2025 2:31:49 PM | SENT |
| Grant Martinez | 24104118 | gmartinez@yettercoleman.com | 3/18/2025 2:31:49 PM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 3/18/2025 2:31:49 PM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 3/18/2025 2:31:49 PM | SENT |
| Lily Hann | 24133836 | Lhann@yettercoleman.com | 3/18/2025 2:31:49 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 3/18/2025 2:31:49 PM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 3/18/2025 2:31:49 PM | SENT |
| Ryan Cooper | | ryan.cooper@harriscountytx.gov | 3/18/2025 2:31:49 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 3/18/2025 2:31:49 PM | SENT |
| Andrea Mintzer | | Andrea.Mintzer@harriscountytx.gov | 3/18/2025 2:31:49 PM | SENT |
| Eleanor Matheson | | Eleanor.matheson@harriscountytx.gov | 3/18/2025 2:31:49 PM | SENT |
| Nicole Myette | | nicole.myette@oag.texas.gov | 3/18/2025 2:31:49 PM | SENT |
| Jonathan Fombonne | | jonathan.fombonne@harriscountytx.gov | 3/18/2025 2:31:49 PM | SENT |
| Grant Martinez | | gmartinez@yettercoleman.com | 3/18/2025 2:31:49 PM | SENT |
| Edward Swidriski | | Edward.Swidriski@harriscountytx.go | 3/18/2025 2:31:49 PM | SENT |